1  Stuart M. Richter (SBN 126231)
   stuart.richter@kattenlaw.com
2  Gregory S. Korman (SBN 216931)
3  greg.korman@kattenlaw.com
   Paul A. Grammatico (SBN 246380)
4  paul.grammatico@kattenlaw.com
5  **KATTEN MUCHIN ROSENMAN LLP**
   515 S. Flower St., Suite 1000
6  Los Angeles, CA 90071-2212
7  Telephone:   213.443.9017
   Facsimile:    213.443.9001
8
9  Attorneys for Defendant,
   HSBC BANK USA, N.A.
10

11              **UNITED STATES DISTRICT COURT**

12              **NORTHERN DISTRICT OF CALIFORNIA**

13                    **SAN FRANCISCO DIVISION**

| DOUGLAS COYLE, | CASE NO. 5:16-cv-05675-HSG |
|---|---|
| Plaintiff, | ORDER GRANTING DEFENDANT, HSBC BANK USA, N.A.'S MOTION FOR LEAVE TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE |
| v. | |
| EXPERIAN INC.; BANK OF AMERICA, NATIONAL ASSOCIATION; HSBC BANK USA, NATIONAL AND DOES 1 THROUGH 100 INCLUSIVE, | Date:   January 3, 2017<br>Time:   2:00 p.m.<br>Ctrm.   10, 19th Floor |
| Defendants. | |

---

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE         5:16-cv-05675-HSG
TO APPEAR BY TELEPHONE AT CMC

1	The Court, having considered Defendant HSBC BANK USA, N.A.'s ("HSBC")
2	Motion for Leave to Appear Telephonically at the Case Management Conference on
3	January 3, 2017, and good cause appearing, hereby GRANTS the Motion.  Counsel shall
4	contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

6	Dated:   December 29, 2016          By: /s/ Haywood S. Gilliam, Jr.
7	                                          Honorable Haywood S. Gilliam, Jr.
	                                          UNITED STATES DISTRICT JUDGE