THOMAS P. QUINN, JR. (SBN 132268)
NOKES & QUINN APC
410 BROADWAY, STE 200
LAGUNA BEACH, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

Attorneys for Defendant EQUIFAX, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS COYLE,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX, INC., et al.,<br><br>Defendants. | Case No.: 3:16-cv-05675-HSG<br><br>**ORDER GRANTING DEFENDANT EQUIFAX INC.'S MOTION TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>**Date: January 3, 2017**<br>**Time: 2:00 p.m.**<br>**Courtroom 10, 19th Floor** |

Upon consideration of Defendant, EQUIFAX INC.'S ("Equifax's") Motion for Leave to Appear Telephonically at the Case Management Conference ("Motion"), and for good cause shown, it is hereby,

ORDERED that Equifax's Motion is GRANTED.  Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated:  December 29, 2016

*[signature: Haywood S. Gilliam Jr.]*
Judge, United States District Court
Northern District of California

-1-
[PROPOSED] ORDER GRANTING DEFENDANT EQUIFAX INC.'S
MOTION TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE