1 | Scott Sagaria (State Bar No.217981)
2 | Elliot Gale (State Bar No. 263326)
  | Joe Angelo (State Bar No. 268542)
  | SAGARIA LAW, P.C.
3 | 2033 Gateway Place, 5th Floor
  | San Jose, California 95110
4 | Telephone: (408) 279-2288
  | Facsimile: (408) 279-2299
5
  | Attorneys for Plaintiff
6
7
8
  | UNITED STATES DISTRICT COURT
9
  | NORTHERN DISTRICT OF CALIFORNIA — OAKLAND DIVISION
10
11
12 | DOUGLAS COYLE,                        Federal Case No.: 4:16-CV-05675-HSG
13 |                Plaintiff,
14 |        vs.                            **STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT BANK OF AMERICA, N.A.; [PROPOSED] ORDER**
15 | BANK OF AMERICA, N.A.; et. al.,
16 |                Defendants.

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

   IT IS HEREBY STIPULATED by and between plaintiff Douglas Coyle and defendant Bank of America, N.A. ("BANA"), that BANA be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

//

//

| | |
|---|---|
| DATED:  March 28, 2017 | Sagaria Law, P.C. |
| | By:   */s/ Elliot W. Gale* |
| | Elliot W. Gale |
| | Attorneys for Plaintiff |
| | Douglas Coyle |
| | |
| DATED:  March 28, 2017 | McGuireWoods LLP |
| | |
| | By:   */s/ Anthony Le* |
| | Anthony Le |
| | Attorneys for Defendant |
| | Bank of America, N.A. |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Anthony Le has concurred in this filing.

*/s/ Elliot Gale*

## [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the Parties, BANA is dismissed with prejudice, and that each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED:  3/28/2017

HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE