Scott J. Sagaria (SBN 217981)
SJSagaria@sagarialaw.com
Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
Joe Angelo (SBN 268542)
JAngelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 100
Roseville, CA 95661
Telephone: (408) 279-2288
Facsimile: (408) 297-2299

Attorneys for Plaintiff Douglas Coyle

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS COYLE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EQUIFAX, INC., ET AL.,<br><br>　　　　Defendants. | Case No.: 4:16-cv-05675-HSG<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT EQUIFAX, INC.; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Douglas Coyle and defendant Equifax, Inc. that Equifax, Inc. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//
//
//
//
//

STIPULATION FOR DISMISSAL OF DEFENDANT EQUIFAX, INC.; [PROPOSED] ORDER -1-

DATED: June 8, 2017            **Sagaria Law, P.C.**

                               By:    /s/ Elliot Gale
                                      Elliot Gale
                                      Attorney for Plaintiff Douglas Coyle


DATED: June 8, 2017            **Nokes & Quinn, APC**

                               By:    /s/ Thomas P. Quinn, Jr.
                                      Thomas P. Quinn, Jr.
                                      Attorney for Defendant Equifax, Inc.


I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Thomas P. Quinn, Jr. has concurred in this filing.

/s/ Elliot Gale

## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Equifax, Inc. is dismissed with prejudice.

IT IS SO ORDERED.

DATED:    June 9, 2017

                                      Hon. Haywood S Gilliam, Jr.
                                      UNITED STATES DISTRICT JUDGE